1  Deborah R. Bronner, Bar No. 130305
   LAW OFFICES OF DEBORAH R. BRONNER
2  11600 Washington Place Suite 116A Los Angeles, CA  90066         JS-6
   Post Office Box 661392 Los Angeles, CA  90066
3  Telephone:    (310) 572-1286
   Facsimile:    (310) 572-0112
4  E-mail: debbronner@aol.com

5  Attorney for Plaintiffs
   JOHN DURBIN and LESLIE DURBIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN DURBIN; LESLIE DURBIN, | CASE NO.  CV 10-07926 GW (CWx) |
| Plaintiffs, | Assigned to Hon. George H. Wu |
| v. | ORDER |
| AURORA LOAN SERVICES, LLC, a Colorado limited liability company; LEHMAN BROTHERS BANK, FSB, a Federal Savings Bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation doing business in the State of Virginia; QUALITY LOAN SERVICE, a California corporation; and DOES 1 to 20, inclusive, | |
| Defendants. | |

///

///

///

-1-
PROPOSED ORDER

[PROPOSED] ORDER

BASED ON the foregoing stipulation of all parties who have appeared herein and good cause appearing, it is hereby

ORDERED that this action be dismissed without prejudice and without the imposition of court costs on any party pursuant to Federal Rule of Civil Procedure Rule 41 (a) (2).

Dated: November 29, 2010          BY: _____
                                       Hon. George H. Wu
                                       Judge of the Superior Court